# UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF ARIZONA

# Minute Entry

## *Hearing Information:*

| | |
|---:|:---|
| **Debtor:** | KENT CHARLES & ELIZABETH ANN GRAY |
| **Case Number:** | 2:08-bk-04892-SSC  **Chapter:** 13 |
| **Date / Time / Room:** | TUESDAY, SEPTEMBER 15, 2009 01:30 PM   7TH FLOOR #701 |
| **Bankruptcy Judge:** | SARAH SHARER CURLEY |
| **Courtroom Clerk:** | WANDA GARBERICK |
| **Reporter / ECR:** | ANDAMO PURVIS |

## *Matter:*

CONTINUED PRELIMINARY HEARING ON MOTION FOR RELIEF FROM STAY FILED BY BAC HOME LOAN SERVICING

**R / M #:** 42 / 0

## *Appearances:*

LEONARD J. MCDONALD, ATTORNEY FOR BAC HOME LOAN SERVICING

## *Proceedings:*

Mr. McDonald states that the his client has approved a loan modification. He states that the debtors are no longer objecting to stay relief.

COURT:   IT IS ORDERED VACATING THE STAY. COUNSEL IS DIRECTED TO UPLOAD A FORM OF ORDER.